**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 3:07-CR-142-O |
| | § | |
| TOMMY DALE DANIEL       (01) | § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made amended findings, conclusions, and recommendation in this case. No objections were filed. The District Court reviewed the proposed amended findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Amended Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 17th day of October, 2014.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**